UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WIMBERLY, | No. 2:16-cv-0279 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFFERY BEARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2016, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days, and that any response to objections were to be filed within fourteen days after service of objections. Plaintiff has filed objections to the findings and recommendations and defendants have filed a response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2016, are adopted in full; and

2. Plaintiff's motion for remand (ECF No. 7) is denied.

DATED: September 29, 2016.

_____
UNITED STATES DISTRICT JUDGE